FILED

10/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0722

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0722

---

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

BRYAN ARVIDSON,

      Defendant and Appellant.

---

**ORDER**

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including December 4, 2024, within which to prepare, serve, and file its response brief.

MP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2024